# UNITED STATES DISTRICT COURT
## DISTRICT OF Florida

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Clarence D Johnson

v.

Case No. 3:21-cv-406-TJC-JBT
(To be supplied by the Court)

Joe Biden OBAMA
TRUMP
Queen Elizabeth
United Nations

Full names of Defendant(s)
(Do not use *et al.*)

Illinois Child
Family Services

### A. PARTIES

1. Clarence D Johnson is a citizen of Illinois (State) who presently resides at 3150 N Rosene Ave 219
   (mailing address)

2. Defendant Illinois Child Family Services is a citizen of Illinois (State)
   (name of first defendant)
   whose address is Springfield Illinois

3. Defendant __Queen Elizabeth__ is a citizen of __Canada__
   (name of second defendant)                    (State)

whose address is __Unknown__.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

__International__
__Federal__

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Judicial
Discrimination
Crimes of
Treason
Alayne
Frankson
Wallace
212-963-4475
Angelo Byens FBI
513
2 -421-4310

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Due Process/Law Claims

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

You need Hearings + Trials

These Defendants need Lawyers

See Angela Byers FBI
513-421-4310

**Claim II:**

Supporting Facts:

3