# A2C-822-8634
Number   (Crime Victims Information)
Applied to all cases

## FCC Extortion
Media Law

Credit Report From Canada

7100 Jean Talon ST
Constitutional Crimes Foreign Policy Guidelines
East Montreal Quebec

(medical Crimes)  County care PCP — Dr Ijaz Ahmad
773-752-1506
main # 312-864-8200
AnJou Montreal Quebec

Congressional evidence from Senator Kamala Harris
Trump + Obama Administrator
HIMO A3
Self Incrimination Crimes Clarence
MR Johnson
Attorney

X Clarence Johnson Jr.
Subscribed and sworn to before me
this 22 Day of Oct, 20 20
at Chicago, County of Cook, State of Illinois
by Clarence Johnson Jr.
_____ Notary Public

- OFFICIAL SEAL -
ADA PACHECO
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 10/28/2021

All News United States + foreign news 708-916-0227
LARRY PAGE OWNER of Google Been Served

See Queen Elizabeth

Notice Default Judgements
Costs
Crimes of Treason
3.21-CV-406-TJC-JBT

Habba Fugitives Trump + Obama, Biden
Administration on this Day

Now Byes Cincinatti FBI
513-421-4310

Was served.

Claren P Johnson
Clarence Johnson
M R Johnson
Attorney
708-916-0227

Subscribed and sworn to before me
this 21RST day of OCTOBER 20 20
at Chicago, County of Cook, State of Illinois.

Notary Public

"OFFICIAL SEAL"
DAVID J. KRANICKE
Notary Public, State Of Illinois
My Commission Expires August 24, 2024
Commission No. 338762