Case 3:21-cv-00406-TJC-JBT   Document 1-2   Filed 04/14/21   Page 1 of 1 PageID 6

C. Johnson
3150 N. Rosemont #29
Chicago Ill. 60657

CAROL STREAM IL 601

9 APR 2021   PM 5   L

USA ★ FOREVER

U.S District court clerk
300 N. Hogan St
Jacksonville Florida
32202

32202-422625